

# COURT OF APPEALS

SANDEE BRYAN MARION
    CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
    JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 16, 2015

Shawn Darrick Sheffield
Law Office of Shawn Sheffield
8406 Fountain Circle
San Antonio, TX 78229-2387
* DELIVERED VIA E-MAIL *

Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

David Philip Martin
Bexar County Criminal District Attorney
Paul Elizondo Tower
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-15-00082-CV
        Trial Court Case Number:    2013-PA-00544
        Style:  In the Interest of R.C.

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

        Very truly yours,
        KEITH E. HOTTLE, CLERK

_Elizabeth Montoya_
Elizabeth Montoya
Deputy Clerk, Ext. 5-3857



# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2015

No. 04-15-00082-CV

**IN THE INTEREST OF R.C.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00544
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due on May 3, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court